[No. 19464-3-II.   Division Two.   December 30, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. KEITH MUELLER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 94-1-03119-0, Frederick B. Hayes, J., entered April 25, 1995. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Seinfeld, C.J., and Armstrong, J.

[No. 19475-9-II.   Division Two.   December 30, 1996.]

*In the Matter of the Marriage of* MARTHA ADCOCK, *Appellant,* and MIGUEL ACOSTA, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 92-5-00647-5, M. Karlyn Haberly, J., entered May 26, 1995. *Affirmed* by unpublished opinion per Seinfeld, C.J., concurred in by Morgan, J., and Wood, J. Pro Tem.

[No. 19602-6-II.   Division Two.   December 30, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE GUADALUPE VASQUEZ-GUZMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 95-1-00105-7, Milton R. Cox, J., entered May 23, 1995. *Affirmed* by unpublished opinion per Houghton, A.C.J., concurred in by Morgan and Turner, JJ.

[Nos. 19722-7-II; 19723-5-II.   Division Two.   December 30, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN IVAN PRICE, *Appellant*.

Appeal from judgments of the Superior Court for Clallam County, No. 95-1-00042-7 and 94-1-00103-4, Kenneth D. Williams, J., entered July 7, 1995. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Morgan and Armstrong, JJ.